LEECH TISHMAN NELSON HARDIMAN
626.796.4000

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ASCENT INVESTOR RELATIONS INC., a New York corporation,

Plaintiff,

v.

VISIONARY HOLDINGS INC., a Canadian corporation; FARVISION CAREER EDUCATION GROUP, INC., a Canadian corporation; 3888 INVESTMENT GROUP LIMITED, a Canadian corporation; and FAN ZHOU, an individual; and DOES 1-10,

Defendants.

Case No: 2:25-cv-11107-SB (AJRx)

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR DEFENSE COUNSEL TO BE RELIEVED FROM REPRESENTATION OF DEFENDANTS AND FOR SERVICE BY ELECTRONIC MAIL ON ALL DEFENDANTS**

The Court has reviewed the Unopposed Ex Parte Application For Defense Counsel To Be Relieved From Representation Of Defendants, and finding good cause therefore, the Court hereby GRANTS the Application, and Leech Tishman Nelson Hardiman, and its attorneys, are relieved from representation of all Defendants in this case.

Defense Counsel is to serve notice of this Order on all Defendants by email with return receipt requested.

**IT IS SO ORDERED**

Dated:

__________________________________
Honorable Hon. Stanley Blumenfeld, Jr.

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

**PROOF OF SERVICE**

I am over the age of eighteen (18) years, and not a party to the above-entitled action. My business address is 1100 Glendon Avenue, 14th Floor , Los Angeles, CA 90024

On July 13, 2026, I served:

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR DEFENSE COUNSEL TO BE RELIEVED FROM REPRESENTATION OF DEFENDANTS AND FOR SERVICE BY ELECTRONIC MAIL ON ALL DEFENDANTS**

addressed as follows to:

| | |
|---|---|
| Via ECF<br>Michael C. Landman<br>mlandman@birdmarella.com<br>Kimmy Yu<br>kyu@birdmarella.com<br>BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | *Attorneys for Plaintiff Ascent Investor Relations, Inc.* |
| Marc Kealey is the CEO of Visionary Holdings Inc. marc@kealeyandassociates.com<br>Sara Erskine, Sara@be-law.ca;<br>samwong@visionary.holdings;<br>zongjianghe@visionary.holdings;<br>williamchai88@gmail.com;<br>marc@kealeyandassociates.com;<br>simontang@gvisionary.ca;<br>lawrencechen@gvisionary.ca;<br>charlesfuesq@gmail.com; jieluo2030@hotmail.com;<br>simontang@winwinlaw.com | CEO, Board of directors of Visionary Holdings, Inc., and their Counsel, and Subsidiary Defendants, Farvision Career Education Group, Inc. and 3888 Investment Group Limited |
| Fan Zhou, fanzhou@visionary.holdings | Defendant |

**BY MAIL**: I deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

**BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

X **BY E-MAIL**: I caused a copy of such document to be sent via e-mail to the office(s) of the addressee(s) at the e-mail address shown above.



LEECH TISHMAN NELSON HARDIMAN
626.796.4000

**BY PERSONAL SERVICE**

FEDERAL COURT: I caused such envelope to be delivered by hand directly to the addressee(s).
FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).
STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 13, 2026 at Lake Forest, California.

Ivan Posey

LEECH TISHMAN NELSON HARDIMAN
626.796.4000