Ivan Posey, Esq., SBN 196386
e-mail: iposey@leechtishman.com
LEECH TISHMAN NELSON HARDIMAN
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Pasadena, CA 91101
Phone: (626) 796-4000
Fax: (626) 795-6321

*Attorneys for Defendants,*
*Visionary Holdings Inc., Farvision Career Education Group, Inc., 3888 Investment Group Limited, and Fan Zhou*

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASCENT INVESTOR RELATIONS INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISIONARY HOLDINGS INC., a Canadian corporation; FARVISION CAREER EDUCATION GROUP, INC., a Canadian corporation; 3888 INVESTMENT GROUP LIMITED, a Canadian corporation; and FAN ZHOU, an individual; and DOES 1-10,<br><br>Defendants. | Case No: 2:25-cv-11107-SB (AJRx)<br><br>**SECOND DECLARATION OF IVAN POSEY IN SUPPORT OF *EX PARTE* APPLICATION FOR DEFENSE COUNSEL TO BE RELIEVED FROM REPRESENTATION OF DEFENDANTS REGARDING SERVICE BY ELECTRONIC MAIL ON ALL DEFENDANTS ACCORDING TO JULY 14, 2026 COURT ORDER [ECF# 56]** |

1. My name is Ivan Posey and I am an attorney with Leech Tishman Nelson Hardiman, representing all Defendants in this case. I am over the age of eighteen (18) and competent to execute this Declaration, and the following statements are true and correct best of my personal knowledge or information transmitted to me from records made at or near the time of the transactions referenced herein by persons with personal knowledge thereof.

2. The Court's Order of July 14, 2026 [ECF# 56] requires Defense Counsel to "notify Defendants of the application by email immediately, with return receipt requested." The July 14 Order further requires, "Counsel shall file a declaration no later than 12:00 p.m. on July 17, 2026, confirming that he has notified Defendants of the application and its potential impact on any unrepresented entity defendant, and stating whether any Defendant intends to oppose." [ECF# 56].

3. On July 14, 2026, Defense Counsel complied with the Order and provided an email communication, separately, on one hand, to Defendant Zhou with return receipt requested, and on the other hand to Defendant Visionary Holdings, Inc., and its subsidiaries who are Defendants here, Farvision Career Education Group, Inc., 3888 Investment Group Limited, providing all Defendants with the following information, to the email addresses stated in the proof of service attached hereto, for which Counsel received delivery receipts and requested return receipts:

///

///

///

///

///

///

///

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

1) The Scheduling Order Deadlines:

| | |
|---|---|
| **Trial** ☒ Court ☐ Jury (Mon., 8:30 a.m.) | November 16, 2026 |
| **Pretrial Conference** (Fri., 8:30 a.m.) (including hearing on motions in limine) | November 6, 2026 |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | July 10, 2026 |
| **Nonexpert Discovery Deadline** (Including Hearing Deadline for Nonexpert Discovery Motions) | September 4, 2026 |
| **Expert Discovery Deadline** (Including Hearing Deadline for Expert Discovery Motions) | September 4, 2026 |
| Initial Expert Disclosure | July 6, 2026 |
| Rebuttal Expert Disclosure | July 13, 2026 |
| **Non-Discovery Motion Hearing Deadline** | September 11, 2026 |
| **Settlement Conference Deadline** ☒ 1. Mag. J. ☐ 2. Panel ☐ 3. Private | September 25, 2026 |
| **Post-Settlement Status Conf.** (Fri., 8:30 a.m.): | October 9, 2026 |
| Joint Status Report Due (7 days before *by 9:00 a.m.*): | October 2, 2026 |
| **Trial Filings (First Set) Deadline** | October 16, 2026 |
| **Trial Filings (Second Set) Deadline** | October 23, 2026 |

2) The current Deadline to Respond to Discovery Requests served by Plaintiff of July 25, 2026.

3) The potential impact of being unrepresented and without counsel, including but not limited to:

a) <u>To the Defendants that are business entities</u>: Because businesses are treated as separate legal entities, they are legally prohibited from self-representation in United States Federal Courts, including in this case.

The consequences include, for example:

<u>Default Judgments</u>: If an unrepresented business submits filings or attempts to defend itself without counsel, the court will typically reject these documents. Failing to secure an attorney to file a proper, timely response can result in the court entering a default judgment against the company.

<u>Dismissal of Claims or Defenses</u>: Any attempts to defend a lawsuit or pursue motions on behalf of the company without an attorney will be struck down, severely damaging the company's legal position.

b) <u>To Defendant Zhou (individual)</u>: An individual defendant who is unrepresented - proceeding *pro se* - in federal court faces severe, systemic disadvantages. Because federal courts enforce strict adherence to the Federal Rules of Civil Procedure, underrepresented individuals are highly vulnerable to default judgments, fatal missed deadlines, and case dismissals before a trial. The consequences include, for example:

<u>Dismissal on Technicalities</u>: Unrepresented individuals are held to the exact same standards as attorneys. A simple failure to follow the court's local rules (such as page limits, formatting, or document filing protocols) can result in a judge striking your pleadings.

<u>Severe Imbalance of Power</u>: In civil federal cases, the win-loss gap between represented and unrepresented parties is stark. Statistics demonstrate that represented plaintiffs win a substantial majority of their cases against *pro se* defendants.

<u>No Automatic Right to Counsel</u>: Unlike federal criminal cases where you are appointed a public defender under the Criminal Justice Act, there is no constitutional right to a government-funded attorney in federal civil lawsuits.

<u>Discovery Traps</u>: Understanding what evidence to ask for (requests for production), when to object, and how to defend depositions requires extensive legal experience. Lacking this can lead to sanctions, waived privileges, or the omission of vital evidence.

5) Offering that each Defendant who has any objection to this *Ex Parte* Application to Withdraw should notify Defense Counsel immediately and/or file an objection with the Court.

4. Defense Counsel currently retains the email delivery receipts in its records for the emailing of the above information to, on one hand, Defendant Zhou, and on the other hand to Defendant Visionary Holdings, Inc., and its

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

subsidiaries who are Defendants here, Farvision Career Education Group, Inc., 3888 Investment Group Limited, to the email addresses stated in the proof of service attached hereto and in the original *Ex Parte* Application, in case needed or if the Court wishes to review the delivery receipts, which Defense Counsel still believes constitute privileged communications. Upon request by the Court, the delivery receipts can be reviewed, *in camera*, in order to maintain privilege.

5. After the emailing of the above information to all Defendants on July 14, 2026, as of July 16, 2026, 5:00pm, despite having received email delivery receipts on July 14, 2026, none of the Defendants have responded with either any Objeciton to this Application, or further communication otherwise about this case in general.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of July, 2026 at Lake Forest, California.

Ivan Posey

LEECH TISHMAN NELSON HARDIMAN
626.796.4000

**PROOF OF SERVICE**

I am over the age of eighteen (18) years, and not a party to the above-entitled action. My business address is 1100 Glendon Avenue, 14th Floor , Los Angeles, CA 90024

On July 16, 2026, I served:

**SECOND DECLARATION OF IVAN POSEY IN SUPPORT OF *EX PARTE* APPLICATION FOR DEFENSE COUNSEL TO BE RELIEVED FROM REPRESENTATION OF DEFENDANTS REGARDING SERVICE BY ELECTRONIC MAIL ON ALL DEFENDANTS ACCORDING JULY 14, 2026 TO COURT ORDER [ECF# 56]**

addressed as follows to:

| | |
|---|---|
| Via ECF<br>Michael C. Landman<br>mlandman@birdmarella.com<br>Kimmy Yu<br>kyu@birdmarella.com<br>BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561 | *Attorneys for Plaintiff Ascent Investor Relations, Inc.* |
| Marc Kealey is the CEO of Visionary Holdings Inc. marc@kealeyandassociates.com<br>Sara Erskine, Sara@be-law.ca;<br>samwong@visionary.holdings;<br>zongjianghe@visionary.holdings;<br>williamchai88@gmail.com;<br>marc@kealeyandassociates.com;<br>simontang@gvisionary.ca;<br>lawrencechen@gvisionary.ca;<br>charlesfuesq@gmail.com;<br>jieluo2030@hotmail.com;<br>simontang@winwinlaw.com | CEO, Board of directors of Visionary Holdings, Inc., and their Counsel, and Subsidiary Defendants, Farvision Career Education Group, Inc. and 3888 Investment Group Limited |
| Fan Zhou, fanzhou@visionary.holdings | Defendant |

**BY MAIL**: I deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

**BY FACSIMILE**: I caused a copy of such document to be sent via facsimile machine to the office(s) of the addressee(s) at the phone number(s) shown above.

X **BY E-MAIL (DELIVERY RECEIPT AND RETURN RECEIPT REQUESTED)**: I caused a copy of such document to be sent via e-mail to the office(s) of the addressee(s) at the e-mail address shown above.

**BY PERSONAL SERVICE**

FEDERAL COURT: I caused such envelope to be delivered by hand directly to the addressee(s).
FEDERAL COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).
STATE COURT: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 16, 2026 at Los Angeles, California.

Ivan Posey

LEECH TISHMAN NELSON HARDIMAN
626.796.4000